# 15TH JUDICIAL DISTRICT COURT
## CLERK OF COURT
## PARISH OF ACADIA
## CROWLEY, LOUISIANA

I HEREBY CERTIFY that the above and foregoing is a true and correct certified copy of the entire suit number: 202110772,

Entitled:

### JOHN GUIDRY

VS.

### NOBLE DRILLING (U.S.) LLC, ETAL

In and for the parish of Acadia, State of Louisiana.

Witness my hand and seal of office in Crowley, Louisiana,

This 17TH day of NOVEMBER, 2021.

DEPUTY CLERK OF COURT
ACADIA PARISH, CROWLEY, LA

FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA
STATE OF LOUISIANA

JOHN GUIDRY                         ::
                                    ::
VERSUS                              ::        DOCKET NO: 202110772  F
                                    ::
NOBLE DRILLING (U.S.) LLC,          ::
NOBLE DRILLING SERVICES, INC.,      ::
NOBLE DRILLING HOLDING, LLC,        ::
NOBLE LEASING II (SWITZERLAND)      ::
GMBH, SHELL OIL COMPANY,            ::
 AND SHELL OFFSHORE, INC.           ::
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## PETITION FOR DAMAGES

 COMES NOW John Guidry ("Guidry") who for his petition for damages avers to

wit:

1.

Made Defendants herein are:

 a.    Noble Drilling (U.S.), LLC;

 b.    Noble Drilling Services, Inc.;

 c.    Noble Drilling Holding, LLC;

 d.    Noble Leasing II (Switzerland), GmbH, (Defendants

       (a) through (d) are hereinafter sometimes collectively

       referred to as the "Noble Defendants"); and

 e.    Shell Oil Company; and

 f.    Shell Offshore, Inc. (Defendants (e) & (f) are

       hereinafter sometimes collectively referred to as the

       "Shell Defendants").

2.

 This action is brought under 33 U.S.C. § 905(b) of LHWCA as modified by the

General Maritime Law of the United States.  Thus, this Court has exclusive jurisdiction

of this civil action pursuant to the "savings to suitors" clause contained in 28 U.S.C. §

1333 which proceeds from Section 9 of the Judiciary Act of 1789.

3.

Venue is proper under Article 42 of the Louisiana Code of Civil Procedure,

especially Article 42 (5) of the Louisiana Code of Civil Procedure.

4.

Your plaintiff herein, Guidry, age 42, is a person of the full age of majority and a

resident of Basile, Acadia Parish, Louisiana.

5.

At all times pertinent hereto, Guidry was employed by Pro-T Co. Inc. of

Broussard, Louisiana ("Pro-T").

6.

At times pertinent hereto, Guidry was a filtration technician employed by Pro-T

and working in the Gulf of Mexico, off the Louisiana coast aboard the *GLOBETROTTER*

*II.*

7.

Guidry worked full time for Pro-T and received significant remuneration, plus

found and fringe benefits.

8.

Noble Drilling (U.S.), LLC is, upon information and belief, a foreign limited

liability company, organized under and existing by virtue of the laws of the State of

Delaware, having its principal place of business in Sugar Land, Texas.  Noble Drilling

(U.S.), LLC is licensed to do and doing business in this State and has designated its

principal Louisiana business establishment location as 3867 Plaza Tower Dr., Baton

Rouge, Louisiana.  Noble Drilling (U.S.), LLC may be cited to appear and answer herein

by serving its registered agent for service of process; namely, CT Corporation System,

3867 Plaza Tower Dr., Baton Rouge, Louisiana.

9.

Noble Drilling Services, Inc. is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc. is neither licensed to do business, nor has it appointed an agent for service of process in Louisiana in the manner provided by law. Noble Drilling Services, Inc. does business in the State of Louisiana, and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

10.

Noble Drilling Holding, LLC is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Holding, LLC is neither licensed to do business, nor it appointed an agent for service of process in the State of Louisiana in the manner provided by law. Noble Drilling Holding, LLC does business in the State of Louisiana and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

11.

Noble Leasing II (Switzerland) GmbH is thought to be a corporation, or other business entity, organized and existing by virtue of the laws of Switzerland (officially known at the "Swiss Confederation") a landlocked country located in continental Europe. Noble Leasing II (Switzerland) GmbH may thus be cited to appear and answer herein by service of process through the provisions of the Hague Convention.

Exhibit "A" - Page 4

12.

Shell Oil Company is thought to be a foreign corporation organized under and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Oil Company is licensed to do and doing business in the State of Louisiana and has designated its principal Louisiana business establishment to be located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana. Shell Oil Company may be cited to appear and answer herein by serving its agent for service of process; CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

13.

. Shell Offshore, Inc. is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Offshore, Inc. is licensed to do and doing business in the State of Louisiana, and has designated its principal Louisiana business establishment to be located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana. Shell Offshore, Inc. may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

14.

The GLOBETROTTER II ("*GLOBETROTTER II*"). is an ultra-deep-water drillship 620 feet in length, 105 feet in breadth, and 62 feet in depth, as is more fully described and shown in Exhibit "A".

15.

At all times pertinent hereto, the Noble Defendants owned, operated, manned, managed and controlled the ultra-deep-water drillship *NOBLE GLOBETROTER II.* In the alternative, at all times pertinent hereto, the Shell Defendants managed and controlled the *GLOBETROTTER II.* In the further alternative, at all times pertinent hereto, the Noble Defendants and the Shell Defendants jointly managed and controlled the *GLOBETROTTER II.*

16.

It has become necessary to institute this civil action as a result of injuries and damage suffered by Guidry on or about Saturday, August 28, 2021 as a consequence of the negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert including, but not limited to, the conscious decision made by the Noble Defendants and Shell Defendants in the days leading up to and during Hurricane Ida – one of the most powerful and damaging hurricanes to ever strike the United States.

17.

Although Hurricane Ida made landfall along the Southeast Louisiana coast on Sunday, August 29, 2021, numerous around-the-clock warnings were issued days in advance about the storm's gathering strength. In the days before Saturday, August 28, 2021, the National Weather Service, the National Hurricane Center and the European Hurricane Model pin-pointed Hurricane Ida's probable landfall to be along the Louisiana coast between Morgan City, Louisiana and Grand Isle, Louisiana. As projected, Hurricane Ida made landfall in Southeast Louisiana, near Port Fourchon with sustained winds of 150 miles per hours, with wind gusts up to 165 mph.

18.

At all times pertinent hereto, the *GLOBETROTTER II* was working in the Gulf of Mexico, off the Louisiana coast for the benefit of, and at the direction of, the Noble Defendants and the Shell Defendants. In the days leading up to Saturday, August 28, 2021, Hurricane Ida entered the Gulf of Mexico taking direct aim at the Southeast Louisiana coast.

19.

Unfortunately for the *GLOBETROTTER II* and her crew and all aboard, neither the Noble Defendants nor the Shell Defendants cared about the catastrophic hazards posed to the *GLOBETROTTER II* and her crew members.

20.

On August 28, 2021, Guidry was aboard the *GLOBETROTTER II* in the Gulf of Mexico. Despite the undeniable path of Ida, the Noble Defendants and the Shell Defendants continued to operate the *GLOBETROTTER II* in direct defiance and willful disregard of and indifference to all weather information made available to the *GLOBETROTTER II*, as well as the broadcasted weather information made available to mariners by the National Weather Service and the National Hurricane Center.

21.

In the hours before Hurricane Ida's arrival at the place where the *GLOBETROTTER II* was then located in the Gulf of Mexico, the *GLOBETROTTER II* unlatched from its sub-sea drilling activities and headed directly into the approaching storm. The Noble Defendants and the Shell Defendants then placed *GLOBETROTTER II* on a collision course with Hurricane Ida – within ten (10) miles of her eyewall.

22.

The GLOBETROTTER II and her crew and all aboard were exposed to 150 miles per hour winds, gusting up to 165 miles per hours and 80-95 foot sea swells causing the GLOBETROTTER II to violently sway, yaw and pitch so severely that her crew was., at times, forced to walk on her walls, rather than the interior walkways. The sway was so extreme that the GLOBETROTTER II almost capsized several times and that all on board thought they were going to die.

23.

Guidry was violently tossed by the extreme weather that struck the Globetrotter II, causing him to be slammed by walls and the rising and pitching decks, all of which caused serve, permanent and life changing injuries to your plaintiff.

24.

The injuries suffered by Guidry were cause by the legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as by the recklessness, gross negligence and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, without any legal fault, negligence, carelessness or omission of duty on the part of Guidry, causing or contributing in any way thereto.

25.

The legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, consisted of the following acts and omissions:

a.  In failing to instruct, train, and supervise the crew of the *GLOBETROTTER II* or, in the alternative, in failing to adequately instruct, train, and supervise the crew of the *GLOBETROTTER II;*

b.  In that the *GLOBETROTTER II* was not in the charge of competent persons and crew;

c.  In failing to timely and seasonably order the *GLOBETROTTER II* to move off of its drilling location and out of the path of Hurricane Ida;

d.  In failing to timely and seasonably move the *GLOBETROTTER II* off its drilling location and out of the path of Hurricane Ida;

e.  In failing to promulgate, adopt, and enforce safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane or, in the alternative, in failing to promulgate, adopt, and enforce adequate safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane;

  f.  In failing to timely and seasonably evacuate the *GLOBETROTTER II* of all

     nonessential personnel well in advance of the approach of Hurricane Ida;

  g.  In failing to insist that the *GLOBETROTTER II* be brought into the nearest

     port, before she was hit by Hurricane Ida;

  h.  In violating applicable United States Coast Guard, and BSEE regulations.

<div align="center">26.</div>

  Guidry sustained serious and potentially permanent injuries to his body and mind, the full extent of which has not yet been determined, due to and because of the legal fault, negligence, negligence *per se*, carelessness and omission of duty, as well as the recklessness, gross negligence and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert.  More particularly, Guidry has been caused and may be caused to suffer:

  a)  Pain, humiliation and suffering;

  b)  Inconvenience;

  c)  Loss of enjoyment of life;

  d)  Bodily injuries;

  e)  Lost past wages;

  f)  Loss of future wage earning capacity;

  g)  Scarring;

  h)  Mental anguish, aggravation;

  i)  Medical expenses, both past & future.

<div align="center">27.</div>

  In addition to all compensatory damages to which Guidry is otherwise entitled to receive, your plaintiff is also entitled to punitive damages because the Noble Defendants and Shell Defendants, acted, either alone or in concert, with willful and wanton disregard of Guidry's rights to, among other things, a safe workplace. The Noble and Defendants and the Shell Defendants were well aware of the grave danger to human life presented by

the Hurricane Ida in the area of the Gulf of Mexico where the *GLOBETROTTER II* and her crew and all aboard *GLOBETROTTER II* were working but did absolutely nothing to eliminate or mitigate those hazards. Rather, the Noble Defendants and the Shell Defendants ignored the grave hazard to human life presented by Hurricane Ida and ordered the *GLOBETROTTER II* crew members to continue working.

28.

The acts and omissions of the Noble Defendants and the Shell Defendants involved a callous disregard for Guidry's safety due to the extreme degree of danger and considering the probability and magnitude of potential harm to human life. Moreover, the Noble and Shell Defendants had actual, subjective knowledge of the extreme risk of harm to human life involved, and consciously disregarded the risk by ordering that the crew of the *GLOBETROTTER II* to continue to work and refused to allow the *Globetrotter II* to immediately evacuate and seek shelter from Hurricane Ida.

29.

Guidry is entitled to and demands a trial by jury.

**WHEREFORE,** Guidry prays that Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc. be served with a copy of this, Guidry's, Petition for Damages and that these Defendants be cited to appear and answer herein; and that after the lapse of all legal delays and due proceedings had, there be judgement in favor of Guidry and against these Defendants, in an amount reasonable in the premises, together with legal interest and for all costs of these proceedings.

Respectfully submitted:

JONES & HILL, LLC

By: _____
J. Craig Jones
(La. Bar. Roll # 17648)
Craig Ray Hill
(La. Bar. Roll # 23780)
131 Hwy 165 S
Oakdale, Louisiana 71463
Attorney for Plaintiff
John Guidry

**PLEASE SERVE:**

Noble Drilling (U.S.), LLC
Through its registered agent
For service of process:  .
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Noble Drilling Services, Inc.
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Drilling Holding, LLC
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Leasing II (Switzerland) GmbH
Hague Convention Service

Shell Oil Company
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

Fax
FILED Oct 18, 2021
_____
DY CLERK OF COURT
ACADIA PARISH, LA

Exhibit "A" - Page 11

Shell Offshore, Inc.
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA
STATE OF LOUISIANA

JOHN GUIDRY                              ::
                                        ::
VERSUS                                  ::      DOCKET NO: 202110772 F
                                        ::
NOBLE DRILLING (U.S.) LLC,              ::
NOBLE DRILLING SERVICES, INC.,          ::
NOBLE DRILLING HOLDING, LLC,            ::
NOBLE LEASING II (SWITZERLAND)          ::
GMBH, SHELL OIL COMPANY,                ::
 AND SHELL OFFSHORE, INC.               ::
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT OF THE PARISH OF ACADIA, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that J. Craig Jones, attorney for plaintiff herein, John Guidry, hereby requests written notice of the date of trial of the above-captioned matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914.

Respectfully submitted:

**JONES AND HILL, LLC**

By:  _____
J. Craig Jones, 17648
131 Highway 165 South
Oakdale, Louisiana 71463
Telephone: (318) 335-1333
Facsimile: (318) 335-1934
*Attorney for Plaintiff*
*John Guidry*

Fax
FILED Oct 18, 2021
_____
DY. CLERK OF COURT
ACADIA PARISH, LA

Exhibit "A" - Page 13

# FIFTEENTH JUDICIAL DISTRICT COURT
## PARISH OF ACADIA
### STATE OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GUIDRY** | :: | |
| | :: | |
| **VERSUS** | :: | **DOCKET NO.** 202110772 F |
| | :: | |
| **NOBLE DRILLING (U.S.) LLC,** | :: | |
| **NOBLE DRILLING SERVICES, INC.,** | :: | |
| **NOBLE DRILLING HOLDING, LLC,** | :: | |
| **NOBLE LEASING II (SWITZERLAND)** | :: | |
| **GMBH, SHELL OIL COMPANY,** | :: | |
| **AND SHELL OFFSHORE, INC.** | :: | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER FOR TRIAL BY JURY

**CONSIDERING THE FOREGOING PETITION;**

**IT IS ORDERED** that John Guidry's Motion For Trial By Jury is GRANTED.

Thus read and signed this _____ day of _____ in Acadia Parish,

Louisiana, 2021.

_____
**DISTRICT JUDGE, 15ᵀᴴ JDC**

Fax
FILED Oct 18, 2021
_____
DY CLERK OF COURT
ACADIA PARISH, LA

Exhibit "A" - Page 14

# JONES & HILL
## ATTORNEYS AT LAW
### (Limited Liability Corporation)

J. Craig Jones*†
Craig Ray Hill*

*A Professional Law Corporation
†Admitted To Practice In Louisiana and Texas

131 HIGHWAY 165 SOUTH
OAKDALE, Louisiana 71463
TELEPHONE: (318) 335-1333
FACSIMILE: (318)335-1934
www.joneshilllaw.com
LAKE CHARLES • OBERLIN • OAKDALE • ALEXANDRIA

WRITER'S DIRECT DIAL NUMBER
(318) 335-1333
ALL EMAIL RESPONSES SHOULD
BE DIRECTED TO
VALERIE MARICLE, PARALEGAL
TO J. CRAIG JONES
valerie@joneshilllaw.com

Via Facsimile (337) 783-3855
And Certified Mail
Receipt No.
7018 0680 0000 6434 6104
Return Receipt Requested

October 15, 2021

Acadia Parish Clerk of Court, 15th JDC
P.O. Box 992
500 NE Court Circle
Crowley, LA 70527

202110772 F

Re:  *John Guidry vs. Noble Drilling (U.S.) LLC, Noble Drilling Services, Inc., Noble
      Drilling Holding, LLC, Noble Leasing II (Switzerland) GMBH, Shell Oil
      Company and Shell Offshore, Inc. — New Suit Filing*

Dear Clerk of Court:

Enclosed please find a Petition for Damages, Request for Notice of Trial Date and Order
for Trial by Jury to be filed. After please forward to the Judge for consideration and
signature.

Thereafter, please serve per service instructions. Further, please return a certified copy to
our office. I have enclosed a copy of the Petition for Damages as well as a self-addressed
stamped envelope for your convenience.

Also enclosed please find our firm's check in the amount of $950.00 to cover filing costs.

Thanking you for your usual courtesies and kind services, I remain

Yours truly,

Valerie Maricle
Paralegal to J. Craig Jones
Enclosures



**JONES & HILL, L.L.C. II**
**GENERAL ACCOUNT**
131 HWY. 165 SOUTH
OAKDALE, LA 71463
(318) 335-1333

FIRST FEDERAL BANK
OF LOUISIANA
LAKE CHARLES, LA 70602
84-7034/2652

105239

10/15/2021

PAY TO THE
ORDER OF

15th JDC - Parish of Acadia

$ **950.00

DOLLARS

Nine hundred fifty and 00/100********************************************************************************

15th JDC - Parish of Acadia

MEMO

AUTHORIZED SIGNATURE

PFD

JONES & HILL, L.L.C. II GENERAL ACCOUNT

105239

10/15/2021       15th JDC - Parish of Acadia
                          PFD                                              950.00

Jones & Hill, LLC II                    PFD                                950.00

Exhibit "A" - Page 16





# JONES AND HILL, LLC

### ATTORNEY AT LAW
(A PROFESSIONAL LAW CORPORATION)

J. Craig Jones*‡

WRITER'S DIRECT DIAL NUMBER:
(318) 335-1333
craig@joneshilllaw.com

131 HIGHWAY 165 SOUTH
OAKDALE, LOUISIANA 71463
TELEPHONE (318) 335-1333
FACSIMILE (318) 335-1934

* A Professional Law Corporation
‡ Admitted to Practice in Louisiana and Texas

---

## FACSIMILE TRANSMITTAL SHEET

| To: | FROM: |
|---|---|
| *Acadia Parish Clerk of Court* | J. Craig Jones, Esq. |
| | SENDER:  Valerie Maricle |
| | Paralegal to J. Craig Jones |

| COMPANY: | DATE: |
|---|---|
| | *OCTOBER 15, 2021* |

| FAX NO: *(337) 783-3855* | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| | *16* |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|

| Re: *New Suit Filing* | YOUR REFERENCE NUMBER: |
|---|---|

---

URGENT        XFOR REVIEW        PLEASE COMMENT        PLEASE REPLY        PLEASE RECYCLE

---

NOTES/COMMENTS:

**Attention:** This facsimile transmission contains privileged communications and is not intended for general dissemination.  **If your name does not appear above or if you have received this transmission by mistake read no more.**  Immediately call (318) 335-1333 for instructions on how to return this transmission.

# Robert T. "Robby" Barousse

## Clerk of Court - Acadia Parish

500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone: 337-788-8881
Fax: 337-783-3855

### RECEIPT OF CONFIRMATION

JOHN GUIDRY
VS.
NOBLE DRILLING LLC ET AL
**Docket #:202110772 F**

J CRAIG JONES

318-335-1934

You are hereby informed by this confirmation notice that the following has been filed by facsimile.

Pleading (s):   PETITION FOR DAMAGES; REQUEST FOR NOTICE OF TRIAL DATE; ORDER FOR TRIAL BY JURY

Time Received:  10/15/21 AT 2:53 PM

Date Filed:  10/18/21

*Morgan Anderson*

Deputy Clerk of Court
Acadia Parish
Crowley La.

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation; the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading.

### ***AMOUNT DUE: $900.00***

P. 1

* * * Communication Result Report ( Oct. 18. 2021 11:50AM ) * * *

1) ACADIA PARISH CLERK
2)

Date/Time: Oct. 18. 2021 11:49AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 6888 | Memory TX | 3183351934 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size
E. 6) Destination does not support IP-Fax

Fax: 337-783-3855

**RECEIPT OF CONFIRMATION**

**JOHN GUIDRY**
**VS.**
**NOBLE DRILLING LLC ET AL**
**Docket #:202110772 F**

J CRAIG JONES

318-335-1934

You are hereby informed by this confirmation notice that the following has been filed by facsimile.

Pleading (s): PETITION FOR DAMAGES; REQUEST FOR NOTICE OF TRIAL DATE; ORDER FOR TRIAL BY JURY

Time Received: 10/15/21 AT 2:53 PM

Date Filed: 10/18/21

Morgan Anderson

Deputy Clerk of Court
Acadia Parish
Crowley La.

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation; the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading.

*****AMOUNT DUE: $900.00*****

FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA
STATE OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GUIDRY** | :: | |
| | :: | |
| **VERSUS** | :: | **DOCKET NO:** 2021 10772 "F" |
| | :: | |
| **NOBLE DRILLING (U.S.) LLC,** | :: | |
| **NOBLE DRILLING SERVICES, INC.,** | :: | |
| **NOBLE DRILLING HOLDING, LLC,** | :: | |
| **NOBLE LEASING II (SWITZERLAND)** | :: | |
| **GMBH, SHELL OIL COMPANY,** | :: | |
| **AND SHELL OFFSHORE, INC.** | :: | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### PETITION FOR DAMAGES

    **COMES NOW** John Guidry ("Guidry") who for his petition for damages avers to

wit:

1.

Made Defendants herein are:

    a.    Noble Drilling (U.S.), LLC;

    b.    Noble Drilling Services, Inc.;

    c.    Noble Drilling Holding, LLC;

    d.    Noble Leasing II (Switzerland), GmbH, (Defendants

        (a) through (d) are hereinafter sometimes collectively

        referred to as the "Noble Defendants"); and

    e.    Shell Oil Company; and

    f.    Shell Offshore, Inc. (Defendants (e) & (f) are

        hereinafter sometimes collectively referred to as the

        "Shell Defendants").

2.

This action is brought under 33 U.S.C. § 905(b) of LHWCA as modified by the

General Maritime Law of the United States.  Thus, this Court has exclusive jurisdiction

of this civil action pursuant to the "savings to suitors" clause contained in 28 U.S.C. § 1333 which proceeds from Section 9 of the Judiciary Act of 1789.

3.

Venue is proper under Article 42 of the Louisiana Code of Civil Procedure, especially Article 42 (5) of the Louisiana Code of Civil Procedure.

4.

Your plaintiff herein, Guidry, age 42, is a person of the full age of majority and a resident of Basile, Acadia Parish, Louisiana.

5.

At all times pertinent hereto, Guidry was employed by Pro-T Co. Inc. of Broussard, Louisiana ("Pro-T").

6.

At times pertinent hereto, Guidry was a filtration technician employed by Pro-T and working in the Gulf of Mexico, off the Louisiana coast aboard the *GLOBETROTTER II.*

7.

Guidry worked full time for Pro-T and received significant remuneration, plus found and fringe benefits.

8.

Noble Drilling (U.S.), LLC is, upon information and belief, a foreign limited liability company, organized under and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. Noble Drilling (U.S.), LLC is licensed to do and doing business in this State and has designated its principal Louisiana business establishment location as 3867 Plaza Tower Dr., Baton Rouge, Louisiana. Noble Drilling (U.S.), LLC may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

9.

Noble Drilling Services, Inc. is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc. is neither licensed to do business, nor has it appointed an agent for service of process in Louisiana in the manner provided by law. Noble Drilling Services, Inc. does business in the State of Louisiana, and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

10.

Noble Drilling Holding, LLC is, upon information and belief, thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Sugar Land, Texas. However, unlike Noble Drilling (U.S.), LLC, Noble Drilling Holding, LLC is neither licensed to do business, nor it appointed an agent for service of process in the State of Louisiana in the manner provided by law. Noble Drilling Holding, LLC does business in the State of Louisiana and thus may be cited to appear and answer herein by serving its statutory agent for service of process; namely, Hon. R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana.

11.

Noble Leasing II (Switzerland) GmbH is thought to be a corporation, or other business entity, organized and existing by virtue of the laws of Switzerland (officially known at the "Swiss Confederation") a landlocked country located in continental Europe. Noble Leasing II (Switzerland) GmbH may thus be cited to appear and answer herein by service of process through the provisions of the Hague Convention.

12.

Shell Oil Company is thought to be a foreign corporation organized under and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Oil Company is licensed to do and doing business in the State of Louisiana and has designated its principal Louisiana business establishment to be located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana. Shell Oil Company may be cited to appear and answer herein by serving its agent for service of process; CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

13.

Shell Offshore, Inc. is thought to be a foreign corporation organized and existing by virtue of the laws of the State of Delaware, having its principal place of business in Houston, Texas. Shell Offshore, Inc. is licensed to do and doing business in the State of Louisiana, and has designated its principal Louisiana business establishment to be located at 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana. Shell Offshore, Inc. may be cited to appear and answer herein by serving its registered agent for service of process; namely, CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana.

14.

The GLOBETROTTER II ("*GLOBETROTTER II*"). is an ultra-deep-water drillship 620 feet in length, 105 feet in breadth, and 62 feet in depth, as is more fully described and shown in Exhibit "A".

15.

At all times pertinent hereto, the Noble Defendants owned, operated, manned, managed and controlled the ultra-deep-water drillship *NOBLE GLOBETROTER II*. In the alternative, at all times pertinent hereto, the Shell Defendants managed and controlled the *GLOBETROTTER II*. In the further alternative, at all times pertinent hereto, the Noble Defendants and the Shell Defendants jointly managed and controlled the *GLOBETROTTER II*.

16.

It has become necessary to institute this civil action as a result of injuries and

damage suffered by Guidry on or about Saturday, August 28, 2021 as a consequence of

the negligence, negligence *per se,* carelessness, and omission of duty, as well as the

recklessness, gross negligence, and willful and wanton conduct on the part of the Noble

Defendants and the Shell Defendants, either acting alone or in concert including, but not

limited to, the conscious decision made by the Noble Defendants and Shell Defendants in

the days leading up to and during Hurricane Ida – one of the most powerful and

damaging hurricanes to ever strike the United States.

17.

Although Hurricane Ida made landfall along the Southeast Louisiana coast on

Sunday, August 29, 2021, numerous around-the-clock warnings were issued days in

advance about the storm's gathering strength. In the days before Saturday, August 28,

2021, the National Weather Service, the National Hurricane Center and the European

Hurricane Model pin-pointed Hurricane Ida's probable landfall to be along the Louisiana

coast between Morgan City, Louisiana and Grand Isle, Louisiana. As projected,

Hurricane Ida made landfall in Southeast Louisiana, near Port Fourchon with sustained

winds of 150 miles per hours, with wind gusts up to 165 mph.

18.

At all times pertinent hereto, the *GLOBETROTTER II* was working in the Gulf of

Mexico, off the Louisiana coast for the benefit of, and at the direction of, the Noble

Defendants and the Shell Defendants. In the days leading up to Saturday, August 28,

2021, Hurricane Ida entered the Gulf of Mexico taking direct aim at the Southeast

Louisiana coast.

19.

Unfortunately for the *GLOBETROTTER II* and her crew and all aboard, neither the Noble Defendants nor the Shell Defendants cared about the catastrophic hazards posed to the *GLOBETROTTER II* and her crew members.

20.

On August 28, 2021, Guidry was aboard the *GLOBETROTTER II* in the Gulf of Mexico. Despite the undeniable path of Ida, the Noble Defendants and the Shell Defendants continued to operate the *GLOBETROTTER II* in direct defiance and willful disregard of and indifference to all weather information made available to the *GLOBETROTTER II*, as well as the broadcasted weather information made available to mariners by the National Weather Service and the National Hurricane Center.

21.

In the hours before Hurricane Ida's arrival at the place where the *GLOBETROTTER II* was then located in the Gulf of Mexico, the *GLOBETROTTER II* unlatched from its sub-sea drilling activities and headed directly into the approaching storm. The Noble Defendants and the Shell Defendants then placed *GLOBETROTTER II* on a collision course with Hurricane Ida – within ten (10) miles of her eyewall.

22.

The GLOBETROTTER II and her crew and all aboard were exposed to 150 miles per hour winds, gusting up to 165 miles per hours and 80-95 foot sea swells causing the GLOBETROTTER II to violently sway, yaw and pitch so severely that her crew was., at times, forced to walk on her walls, rather than the interior walkways.  The sway was so extreme that the GLOBETROTTER II almost capsized several times and that all on board thought they were going to die.

23.

Guidry was violently tossed by the extreme weather that struck the Globetrotter II, causing him to be slammed by walls and the rising and pitching decks, all of which caused serve, permanent and life changing injuries to your plaintiff.

24.

The injuries suffered by Guidry were cause by the legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as by the recklessness, gross negligence and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, without any legal fault, negligence, carelessness or omission of duty on the part of Guidry, causing or contributing in any way thereto.

25.

The legal fault, negligence, negligence *per se,* carelessness, and omission of duty, as well as the recklessness, gross negligence, and willful and wanton conduct on the part of the Noble Defendants and the Shell Defendants, either acting alone or in concert, consisted of the following acts and omissions:

a.   In failing to instruct, train, and supervise the crew of the *GLOBETROTTER II* or, in the alternative, in failing to adequately instruct, train, and supervise the crew of the *GLOBETROTTER II;*

b.   In that the *GLOBETROTTER II* was not in the charge of competent persons and crew;

c.   In failing to timely and seasonably order the *GLOBETROTTER II* to move off of its drilling location and out of the path of Hurricane Ida;

d.   In failing to timely and seasonably move the *GLOBETROTTER II* off its drilling location and out of the path of Hurricane Ida;

e.   In failing to promulgate, adopt, and enforce safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane or, in the alternative, in failing to promulgate, adopt, and enforce adequate safety practices, safety policies, and safety procedures concerning hazard mitigation during a hurricane;

f.   In failing to timely and seasonably evacuate the *GLOBETROTTER II* of all
nonessential personnel well in advance of the approach of Hurricane Ida;

g.   In failing to insist that the *GLOBETROTTER II* be brought into the nearest
port, before she was hit by Hurricane Ida;

h.   In violating applicable United States Coast Guard, and BSEE regulations.

26.

Guidry sustained serious and potentially permanent injuries to his body and mind,
the full extent of which has not yet been determined, due to and because of the legal fault,
negligence, negligence *per se*, carelessness and omission of duty, as well as the
recklessness, gross negligence and willful and wanton conduct on the part of the Noble
Defendants and the Shell Defendants, either acting alone or in concert. More particularly,
Guidry has been caused and may be caused to suffer:

a)  Pain, humiliation and suffering;

b)  Inconvenience;

c)  Loss of enjoyment of life;

d)  Bodily injuries;

e)  Lost past wages;

f)  Loss of future wage earning capacity;

g)  Scarring;

h)  Mental anguish, aggravation;

i)  Medical expenses, both past & future.

27.

In addition to all compensatory damages to which Guidry is otherwise entitled to
receive, your plaintiff is also entitled to punitive damages because the Noble Defendants
and Shell Defendants, acted, either alone or in concert, with willful and wanton disregard
of Guidry's rights to, among other things, a safe workplace. The Noble and Defendants
and the Shell Defendants were well aware of the grave danger to human life presented by

the Hurricane Ida in the area of the Gulf of Mexico where the *GLOBETROTTER II* and

her crew and all aboard *GLOBETROTTER II* were working but did absolutely nothing to

eliminate or mitigate those hazards. Rather, the Noble Defendants and the Shell

Defendants ignored the grave hazard to human life presented by Hurricane Ida and

ordered the *GLOBETROTTER II* crew members to continue working.

28.

    The acts and omissions of the Noble Defendants and the Shell Defendants

involved a callous disregard for Guidry's safety due to the extreme degree of danger and

considering the probability and magnitude of potential harm to human life. Moreover, the

Noble and Shell Defendants had actual, subjective knowledge of the extreme risk of harm

to human life involved, and consciously disregarded the risk by ordering that the crew of

the *GLOBETROTTER II* to continue to work and refused to allow the *Globetrotter II* to

immediately evacuate and seek shelter from Hurricane Ida.

29.

    Guidry is entitled to and demands a trial by jury.

**WHEREFORE,** Guidry prays that Defendants, Noble Drilling (U.S.), LLC, Noble

Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland)

GmbH, Shell Oil Company, and Shell Offshore, Inc. be served with a copy of this,

Guidry's, Petition for Damages and that these Defendants be cited to appear and answer

herein; and that after the lapse of all legal delays and due proceedings had, there be

judgement in favor of Guidry and against these Defendants, in an amount reasonable in the

premises, together with legal interest and for all costs of these proceedings.

Respectfully submitted:

JONES & HILL, LLC

By: _____
J. Craig Jones
(La. Bar. Roll # 17648)
Craig Ray Hill
(La. Bar. Roll # 23780)
131 Hwy 165 S
Oakdale, Louisiana 71463
Attorney for Plaintiff
John Guidry

**PLEASE SERVE:**

Noble Drilling (U.S.), LLC
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana

Noble Drilling Services, Inc.
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Drilling Holding, LLC
Through its statutory agent
For service of process:
Hon. R. Kyle Ardoin,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana

Noble Leasing II (Switzerland) GmbH
Hague Convention Service

Shell Oil Company
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

REC'D BY AP COC
2021 OCT 21 AM 10:11:21

Fax
FILED Oct 18, 2021
_____
DY. CLERK OF COURT
ACADIA PARISH. LA

Exhibit "A" - Page 29

Shell Offshore, Inc.
Through its registered agent
For service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana

REC'D BY AP COC
2021 OCT 21 AM 10:11:27

**FIFTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF ACADIA**
**STATE OF LOUISIANA**

| | |
|---|---|
| **JOHN GUIDRY** | :: |
| | :: |
| **VERSUS** | :: |
| | :: |
| **NOBLE DRILLING (U.S.) LLC,** | :: |
| **NOBLE DRILLING SERVICES, INC.,** | :: |
| **NOBLE DRILLING HOLDING, LLC,** | :: |
| **NOBLE LEASING II (SWITZERLAND)** | :: |
| **GMBH, SHELL OIL COMPANY,** | :: |
| **AND SHELL OFFSHORE, INC.** | :: |

**DOCKET NO:** 2021 10772 "F"

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT OF THE PARISH OF ACADIA, STATE OF LOUISIANA:

PLEASE TAKE NOTICE that J. Craig Jones, attorney for plaintiff herein, John Guidry, hereby requests written notice of the date of trial of the above-captioned matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913, and 1914.

Respectfully submitted:

**JONES AND HILL, LLC**

By: _____
J. Craig Jones, 17648
131 Highway 165 South
Oakdale, Louisiana 71463
Telephone: (318) 335-1333
Facsimile: (318) 335-1934
*Attorney for Plaintiff*
*John Guidry*

REC'D BY AP CDC
2021 OCT 21 AM 10:11:32

FILED *Oct 18, 2021*
BY CLERK OF COURT
ACADIA PARISH, LA

FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA
STATE OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GUIDRY** | :: | |
| | :: | |
| **VERSUS** | :: | **DOCKET NO.** 2021 10772 "F" |
| | :: | |
| **NOBLE DRILLING (U.S.) LLC,** | :: | |
| **NOBLE DRILLING SERVICES, INC.,** | :: | |
| **NOBLE DRILLING HOLDING, LLC,** | :: | |
| **NOBLE LEASING II (SWITZERLAND)** | :: | |
| **GMBH, SHELL OIL COMPANY,** | :: | |
| **AND SHELL OFFSHORE, INC.** | :: | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER FOR TRIAL BY JURY

**CONSIDERING THE FOREGOING PETITION;**

**IT IS ORDERED** that John Guidry's Motion For Trial By Jury is GRANTED. upon posting of a $7500.00 Bond.

Thus read and signed this 21ST day of October, in Acadia Parish,

Louisiana, 2021.

_____
**DISTRICT JUDGE, 15TH JDC**

REC'D BY AP COC
2021 OCT 21 AM10:11:38

Fax
FILED Oct 18, 2021
BY CLERK OF COURT
ACADIA PARISH, LA

Exhibit "A" - Page 32

# JONES & HILL

**ATTORNEYS AT LAW**
(Limited Liability Corporation)

J. CRAIG JONES*†
CRAIG RAY HILL*

*A PROFESSIONAL LAW CORPORATION
†ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

**131 HIGHWAY 165 SOUTH**
**OAKDALE, LOUISIANA 71463**
TELEPHONE: (318) 335-1333
FACSIMILE: (318)335-1934
www.joneshilllaw.com
**LAKE CHARLES ●OBERLIN ● OAKDALE●ALEXANDRIA**

WRITER'S DIRECT DIAL NUMBER
(318) 335-1333
ALL EMAIL RESPONSES SHOULD
BE DIRECTED TO
VALERIE MARICLE, PARALEGAL
TO J. CRAIG JONES
valerie@joneshilllaw.com

**Via Facsimile (337) 783-3855**
**And Certified Mail**
**Receipt No.**
**7018 0680 0000 6434 6104**
**Return Receipt Requested**

October 15, 2021

Acadia Parish Clerk of Court, 15ᵗʰ JDC
P.O. Box 992
500 NE Court Circle
Crowley, LA  70527

*Re:*   *John Guidry vs. Noble Drilling (U.S.) LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GMBH, Shell Oil Company and Shell Offshore, Inc. — New Suit Filing*

Dear Clerk of Court:

Enclosed please find a Petition for Damages, Request for Notice of Trial Date and Order for Trial by Jury to be filed.  After please forward to the Judge for consideration and signature.

Thereafter, please serve per service instructions.  Further, please return a certified copy to our office. I have enclosed a copy of the Petition for Damages as well as a self-addressed stamped envelope for your convenience.

Also enclosed please find our firm's check in the amount of $950.00 to cover filing costs.

Thanking you for your usual courtesies and kind services, I remain

Yours truly,

Valerie Maricle
Paralegal to J. Craig Jones
Enclosures

REC'D BY AP COC
2021 OCT 21 AM10:10:59

ACADIA PARISH

Daily Log Receipt

Date: 10/21/2021      Time: 10:15:40

Suit No. 202110772 "F"

JOHN GUIDRY

**VS**

NOBLE DRILLING LLC ET AL

Date: 10/21/2021      Check No: 105239

Amount: $950.00

**Comments:**
P-1 Petition for Damages

**Remitted By:**
Jones & Hill LLC

**Deputy Clerk**



# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   **NOBLE DRILLING HOLDING, LLC**
**THROUGH ITS REGISTERED AGENT**
**FOR SERVICE OF PROCESS:**
**HON. R. KYLE ARDOIN**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA 70809**

**Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

ROBERT T. BAROUSSE, CLERK OF COURT

*Lilin LaBove*

BY:_____
Deputy Clerk of Court
Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20____, served a copy of the witin notice on:

____**(personal sevice)**_____          ____**(domiciliary service)**_____

the parties herein named by handing same to them in person.

_____
Deputy Sheriff

Returned and filed: _____

_____
Deptuy Clerk

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

Exhibit "A" - Page 35

**FILE COPY**

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

**October 26, 2021**

To:  Civil Sheriff
East Baton Rouge Parish
P O Box 3277
Baton Rouge, La 70821

JOHN GUIDRY
VERSUS     DOCKET #: 202110772 F
NOBLE DRILLING LLC ET AL

Dear Sheriff:

**Please make service as indicated on the attached <u>CITATION</u>**

After service has been made, please make your return at the bottom of the "Return" copy and return same for filing.

PLEASE NOTE THAT THERE IS A CHECK ENCLOSED FOR YOUR FEES IN THE AMOUNT OF $40.08 AND A CHECK IN THE AMOUNT OF $50.00 FOR THE SECRETARY OF STATE FEES.

Thank you in advance for your usual assistance and cooperation.

I am Sincerely,

*Lilian Labove*

LILIAN LABOVE
Deputy Clerk of Court
Acadia Parish

enclosures

# CITATION
## ACADIA PARISH, LOUISIANA
## 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   **NOBLE DRILLING SERVICES, INC.**
      **THROUGH ITS REGISTERED AGENT**
      **FOR SERVICE OF PROCESS:**
      **HON. R. KYLE ARDOIN**
      **LOUISIANA SECRETARY OF STATE**
      **8585 ARCHIVES AVENUE**
      **BATON ROUGE, LA 70809**

**Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
        Deputy Clerk of Court
        Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20____, served a copy of the witin notice on:

____(personal sevice)_____              ____(domiciliary service)_____

the parties herein named by handing same to them in person.

                                          _____
                                          **Deputy Sheriff**

Returned and filed: _____

                                          _____
                                          **Deptuy Clerk**

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

FILE COPY

Exhibit "A" - Page 37

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

**October 26, 2021**

To:  Civil Sheriff
     East Baton Rouge Parish
     P O Box 3277
     Baton Rouge, La 70821

JOHN GUIDRY
VERSUS     DOCKET #: 202110772 F
NOBLE DRILLING LLC ET AL

Dear Sheriff:

**Please make service as indicated on the attached <u>CITATION</u>**

After service has been made, please make your return at the bottom of the "Return" copy and return same for filing.

PLEASE NOTE THAT THERE IS A CHECK ENCLOSED FOR YOUR FEES IN THE AMOUNT OF $40.08 AND A CHECK IN THE AMOUNT OF $50.00 FOR THE SECRETARY OF STATE FEES.

Thank you in advance for your usual assistance and cooperation.

I am Sincerely,

*Lilian Labove*

LILIAN LABOVE
Deputy Clerk of Court
Acadia Parish

enclosures

# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   NOBLE DRILLING (U.S.), LLC
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
      Deputy Clerk of Court
      Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____ and on the _____ day of _____ 20____, served a copy of the witin notice on:

___(personal sevice)___                        ___(domiciliary service)___

the parties herein named by handing same to them in person.

_____
Returned and filed: _____        Deputy Sheriff

_____
                                                         Deptuy Clerk

#### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.



Exhibit "A" - Page 39

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

**October 26, 2021**

To:  Civil Sheriff
     East Baton Rouge Parish
     P O Box 3277
     Baton Rouge, La 70821

JOHN GUIDRY
VERSUS     DOCKET #: 202110772 F
NOBLE DRILLING LLC ET AL

Dear Sheriff:

**Please make service as indicated on the attached <u>CITATION</u>**

After service has been made, please make your return at the bottom of the "Return" copy and return same for filing.

**PLEASE NOTE THAT THERE IS A CHECK ENCLOSED FOR YOUR FEES IN THE AMOUNT OF $38.96**

Thank you in advance for your usual assistance and cooperation.

I am Sincerely,

*Lilian LaBove*

**LILIAN LABOVE**
**Deputy Clerk of Court**
**Acadia Parish**

**enclosures**

# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   SHELL OFFSHORE, INC.
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

      **Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

      You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

      If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

      This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

                ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
              Deputy Clerk of Court
              Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

**EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.**

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____ and on the _____ day of _____ 20____, served a copy of the witin notice on:

   **(personal sevice)**                  **(domiciliary service)**

the parties herein named by handing same to them in person.

                             **Deputy Sheriff**

Returned and filed: _____

                             **Deptuy Clerk**

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.



Exhibit "A" - Page 41

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

**October 26, 2021**

To:  Civil Sheriff
     East Baton Rouge Parish
     P O Box 3277
     Baton Rouge, La 70821

JOHN GUIDRY
VERSUS     DOCKET #: 202110772 F
NOBLE DRILLING LLC ET AL

Dear Sheriff:

**Please make service as indicated on the attached <u>CITATION</u>**

After service has been made, please make your return at the bottom of the "Return"
copy and return same for filing.

**PLEASE NOTE THAT THERE IS A CHECK ENCLOSED FOR YOUR FEES IN
THE AMOUNT OF $38.96**

Thank you in advance for your usual assistance and cooperation.

I am Sincerely,

*Lilian LaBove*

LILIAN LABOVE
Deputy Clerk of Court
Acadia Parish

enclosures

# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   SHELL OIL COMPANY
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

**Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.
This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
      Deputy Clerk of Court
      Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20____, served a copy of the witin notice on:

____(personal sevice)_____          ____(domiciliary service)_____

the parties herein named by handing same to them in person.

                                              _____
                                              **Deputy Sheriff**
Returned and filed: _____

                                              _____
                                              **Deptuy Clerk**

### ADDITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

**FILE COPY**

Exhibit "A" - Page 43

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

**October 26, 2021**

To:  Civil Sheriff
     East Baton Rouge Parish
     P O Box 3277
     Baton Rouge, La 70821

JOHN GUIDRY
VERSUS     DOCKET #: 202110772 F
NOBLE DRILLING LLC ET AL

Dear Sheriff:

**Please make service as indicated on the attached <u>CITATION</u>**

**After service has been made, please make your return at the bottom of the "Return" copy and return same for filing.**

**PLEASE NOTE THAT THERE IS A CHECK ENCLOSED FOR YOUR FEES IN THE AMOUNT OF $38.96**

**Thank you in advance for your usual assistance and cooperation.**

**I am Sincerely,**

*Lilian LaBove*

**LILIAN LABOVE**
**Deputy Clerk of Court**
**Acadia Parish**

**enclosures**

**ACADIA PARISH, LOUISIANA**
**15th JUDICIAL DISTRICT COURT**

JOHN GUIDRY
Vs  202110772
NOBLE DRILLING LLC ET AL

# CITATION

TO:
NOBLE LEASING II (SWITZERLAND) BmbH
HAGUE CONVENTION SERVICE

Pursuant to the Louisiana Long-Arm Statute.

**You are hereby cited to comply with the demand contained in the Petition, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of the 15th Judicial District, in and for the Parish of Acadia, which office is located at 500 NE Court Circle, Crowley, LA 70526, and/or P.O. Box 922, Crowley, LA 70527, within thirty (30) days after the service hereof.**

**Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.**

This citation was issued by the Clerk of Court for Acadia Parish, on the Tuesday THE 26TH OF October, 2021.

By:___ *Lilian LaBove*
LILIAN LABOVE
Deputy Clerk of Acadia Parish

Requested by:

J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: |PETITION FOR DAMAGES

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND CLERK PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

ALL CELL PHONES AND RECORDING DEVICES MUST REMAIN OFF DURING COURT.



# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone: 337-788-8881

October 26, 2021

J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

JOHN GUIDRY
VERSUS   DOCKET #:  202110772 F
NOBLE DRILLING LLC ET AL

Dear Mr. J. CRAIG JONES:

Enclosed please find a **LONG ARM CITATION** so that you may attempt service upon the  defendant, NOBLE LEASING II (SWITZERLAND) pursuant to the Louisiana Long-Arm Statute.

After service has been perfected, please submit proof of service for our records.

If I can be of further assistance, please do not hesitate to contact me.

With kind regards, I am,

Sincerely

*Lilian LaBove*

LILIAN LABOVE
Deputy Clerk of Court
Acadia Parish

Enclosure

# Robert T. "Robby" Barousse

Clerk of Court - Acadia Parish
500 NE Court Circle, Crowley, LA 70526
P.O. Box 922, Crowley, LA 70527-0922
Phone:  337-788-8881

October 26, 2021

**J. CRAIG JONES
ATTORNEY AT LAW
131 HWY. 165 S.
OAKDALE, LA 71463**

**JOHN GUIDRY
VERSUS  DOCKET #:  202110772 F
NOBLE DRILLING LLC ET AL**

**Dear J. CRAIG JONES:**

In accordance with the Code of Civil Procedure, you are hereby notified that an order

granting jury trial was rendered and signed in the above numbered and entitled cause on

OCTOBER 21, 2021. **Said bond shall be filed in accordance with attached order.**

If the bond is not filed timely, any other party shall have an additional (10) ten days to file the

bond. Failure to file the bond for jury costs timely will constitute a waiver of a trial by jury.

**Juror filing fee in the amount of $150.00 is required in all cases requesting a jury**

**trial. The fee is to be deposited with the Clerk along with your Request for Trial Date.**

**No trial date will be given without said deposit.**

Sincerely,

*Lilian LaBove*

**LILIAN LABOVE - Deputy Clerk of Acadia Parish**

Enclosures

CC:



RETURN TO
CLERK'S OFFICE

RETURN TO
CLERK'S OFFICE

# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   SHELL OFFSHORE, INC.
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

        **Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

        You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

        If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

        This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

| RECEIVED AND FILED |
| :---: |
| NOV 8 2021 |
| CLERK OF COURT ACADIA PARISH |

ROBERT T. BAROUSSE, CLERK OF COURT

BY: _Lilia LaBone_
    Deputy Clerk of Court
    Acadia Parish

I made service on the named party through the
CT Corporation

**NOV 0 2 2021**

by tendering a copy of this document to
Ashley Minvielle

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES   **E. CUMMINS**
                                                                Deputy, Sheriff, Parish of East Baton Rouge, Louisiana

**EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.**

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20_____, served a copy of the witin notice on:

____**(personal sevice)**_____          ____**(domiciliary service)**_____

the parties herein named by handing same to them in person.

                                                      Deputy Sheriff _____
Returned and filed: _Nov 8, 2021_

                                                      Deptuy Clerk _____

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.



RETURN TO
CLERK'S OFFICE 

RETURN TO
CLERK'S OFFICE

# CITATION
## ACADIA PARISH, LOUISIANA
### 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   SHELL OIL COMPANY
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

   **Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

   You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

   If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

   This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

| RECEIVED AND FILED | ROBERT T. BAROUSSE, CLERK OF COURT |
|---|---|
| NOV  8 2021 | *Lillian Labore* |
| CLERK OF COURT ACADIA PARISH | BY:_____ |

Deputy Clerk of Court
Acadia Parish₁ made service on the named party through the

**ATTORNEY:**
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

CT Corporation

**NOV 0 2 2021**

by tendering a copy of this document to

Ashley Minvielle

Attached are the following documents: PETITION FOR DAMAGES

**E. CUMMINS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.**

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____ and on the _____ day of _____ 20____, served a copy of the witin notice on:

___**(personal service)**___                    ___**(domiciliary service)**___

the parties herein named by handing same to them in person.

Returned and filed:_____*Nov. 8, 2021*_____     Deputy Sheriff_____

                                                *Jamey R. Smith*

                                                Deptuy Clerk

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

RETURN TO
CLERK'S OFFICE   RETURN TO
CLERK'S OFFICE

# CITATION
## ACADIA PARISH, LOUISIANA
## 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   NOBLE DRILLING HOLDING, LLC
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      HON. R. KYLE ARDOIN
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA 70809

**Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

RECEIVED AND FILED

NOV  8 2021

CLERK OF COURT
ACADIA PARISH

ROBERT T. BAROUSSE, CLERK OF COURT

BY: _____
Deputy Clerk of Court,
Acadia Parish

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

I made service on the named party through the
Office of the Secretary of State on
**NOV 0 2 2021**
by tendering a copy of this document to:
**JULIE NESBITT**
**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20_____, served a copy of the witin notice on:

____(personal sevice)____          ____(domiciliary service)____

the parties herein named by handing same to them in person.

Returned and filed: ___Nov 8, 2021___      Deputy Sheriff _____

Deptuy Clerk _____

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

Exhibit "A" - Page 50

RETURN.TO
CLERK'S OFFICE

 

RETURN TO
CLERK'S OFFIC'

# CITATION
## ACADIA PARISH, LOUISIANA
## 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   **NOBLE DRILLING SERVICES, INC.**
**THROUGH ITS REGISTERED AGENT**
**FOR SERVICE OF PROCESS:**
**HON. R. KYLE ARDOIN**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA 70809**

**Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

RECEIVED AND FILED

NOV  8 2021

CLERK OF COURT
ACADIA PARISH

ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
Deputy Clerk of Court
Acadia Parish   I made service on the named party through the
Office of the Secretary of State on

NOV 0 2 2021

by tendering a copy of this document to:
_____ JULIE NESBITT _____

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES BY M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20_____, served a copy of the witin notice on:

____(personal sevice)_____          ____(domiciliary service)_____

the parties herein named by handing same to them in person.

Returned and filed: ___Nov. 8, 2021___

Deputy Sheriff
_____
Deptuy Clerk

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

RETURN TO
CLERK'S OFFICE

 

RETURN TO
CLERK'S OFFICE

# CITATION
## ACADIA PARISH, LOUISIANA
## 15th JUDICIAL DISTRICT COURT

**JOHN GUIDRY**
**VERSUS   202110772 F**
**NOBLE DRILLING LLC ET AL**

To:   NOBLE DRILLING (U.S.), LLC
      THROUGH ITS REGISTERED AGENT
      FOR SERVICE OF PROCESS:
      CT CORPORATION SYSTEM
      3867 PLAZA TOWER DR.
      BATON ROUGE, LA 70816

   Attached to this citation is a certified copy of the petition. The petition tells you
what you are being sued for.

   You must EITHER do what the petition asks OR, within (15) days after you have
received this document, you must file an answer or other legal pleadings in the office of the
Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

   If you do not do what the petition asks, or if you do not file an answer of legal
pleadings within fifteen (15) days, a judgment may be entered against you without further
notice.

   This citation was issued by the Clerk of Court for Acadia Parish, on October 26, 2021

ROBERT T. BAROUSSE, CLERK OF COURT

BY:_____
      Deputy Clerk of Court
      Acadia Parish

> RECEIVED AND FILED
>
> NOV  8 2021
>
> CLERK OF COURT
> ACADIA PARISH

I made service on the named party through the

CT Corporation

NOV 0 2 2021

by tendering a copy of this document to
Ashley Minvielle

**E. CUMMINS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

ATTORNEY:
J CRAIG JONES
131 HIGHWAY 165 SOUTH
OAKDALE, LA 71463

Attached are the following documents: PETITION FOR DAMAGES

EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE
COURTHOUSE.

### SHERIFF'S RETURN

Received the within notice and copies of the same, on the _____ day of _____
and on the _____ day of _____ 20____, served a copy of the witin notice on:

   **(personal service)** _____        **(domiciliary service)** _____

the parties herein named by handing same to them in person.

Returned and filed: _Nov 8, 2021_        Deputy Sheriff _____

                                          ~~Deptuy Clerk~~

### ADDITITIONAL INFORMATION

THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD
CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL
ADVICE.