UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN GUIDRY | CIVIL ACTION |
| versus | NO.: |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE |
| | MAGISTRATE JUDGE |

**CONSENT TO REMOVAL BY
<u>NOBLE DRILLING SERVICES, LLC F/K/A NOBLE DRILLING SERVICES, INC. AND
NOBLE DRILLING HOLDING LLC</u>**

With full reservation of all rights, defenses, and objections to the claims asserted in the matter entitled *"John Guidry versus Noble Drilling (U.S.), LLC, Noble Drilling Services, Inc., Noble Drilling Holding, LLC, Noble Leasing II (Switzerland) GmbH, Shell Oil Company, and Shell Offshore, Inc."* Docket No. 202110772F, 15th Judicial District Court for the Parish of Acadia, State of Louisiana, including, but not limited to, (i) the lack of service of process; (ii) insufficiency of service of process; (iii) lack of personal jurisdiction; (iv) improper venue, and without making an appearance in the action,

Noble Drilling Services LLC f/k/a Noble Drilling Services, Inc. and Noble Drilling Holding LLC hereby consent to and join in the removal of the above-captioned matter to the United States District Court for the Western District of Louisiana.

Exhibit "B" - Page 1

KEAN MILLER LLP

TIMOTHY WAYNE STRICKLAND (TX #19396298)
STACEY TYREE NORSTRUD (TX #24025363)
*Pro hac to be applied for*
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000

ROBERT M. KALLAM (TX #24034175; LA #20242)
TAYLOR ASHWORTH (LA #39404)
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

_____
BRADLEY J. SCHLOTTERER (LA #24211)
SEAN T. McLAUGHLIN (LA #31870)
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050

ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC AND NOBLE DRILLING SERVICES LLC F/K/A NOBLE DRILLING SERVICES INC.

This 17th day of November, 2021