# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN GUIDRY | * | CIVIL ACTION NO. 6:21-cv-3994 |
| | * | |
| VERSUS | * | DISTRICT JUDGE SUMMERHAYS |
| | * | |
| NOBLE DRILLING (U.S.) LLC ET. AL. | * | MAGISTRATE JUDGE HANNA |

## SHELL OIL COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Shell Oil Company who submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Shell Oil Company is a wholly owned indirect subsidiary of Royal Dutch Shell plc, a publicly held UK company. No other publicly traded company owns 10% or more of the stock of Royal Dutch Shell plc.

Respectfully submitted,

/s/   Alexander J.Baynham
Thomas P. Diaz (Bar #18863)
Alexander J. Baynham (Bar #36369)
**LISKOW & LEWIS**
Hancock Whitney Center, Suite 5000
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: tpdiaz@liskow.com
Email: ajbaynham@liskow.com

and

        Vanessa W. Anseman (Bar #28795)
        **LISKOW & LEWIS**
        822 Harding Street
        Lafayette, Louisiana 70503
        Telephone: (337) 232-7424
        Facsimile: (337) 267-2399
        Email: vanseman@liskow.com

*Attorneys for Defendant Shell Oil Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

        */s/ Alexander J. Baynham*