Robert T Barousse
Acadia Clerk of Court
PO Box 922
Crowley, LA 70527-0922

**NOTICE OF SHERIFF RETURNS**

| LASES No. | Suit No. 202110772 |
|---|---|
| JONES & HILL<br>J CRAIG JONES<br>131 HIGHWAY 165 SOUTH<br>OAKDALE, LA 71463 | JOHN GUIDRY<br>Vs<br>NOBLE DRILLING LLC ET AL |

Date Posted: 11/08/2021

PERSONAL Service on NOBLE DRILLING SERVICES INC THRU LA SEC OF

Message: STATE THRU JULIE NESBITT

Served by EAST B.R. PARISH SHERIFF

Date Served: 11/02/2021

Item: CITATION