# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JOHN GUIDRY | NO. 6:21–CV–03994–RRS–PJH |
| VERSUS | JUDGE ROBERT R SUMMERHAYS |
| NOBLE DRILLING (U S) L L C , et al. | MAGISTRATE JUDGE PATRICK J HANNA |

## NOTICE OF INTENT TO DISMISS
## FOR FAILURE TO PROSECUTE UNDER LR41.3

    Please take notice that this action is subject to dismissal as to Noble Leasing II Switzerland G m b H under **LR41.3** for failure to prosecute if good cause is not shown why service of the summons and complaint was not made within 90 days of the institution of this civil action.

    If you feel there is good cause for this failure, a "Motion for Extension of Time to Effect Service" should be filed within fourteen (14) days of the issuance of this notice, and such motion should include whatever good cause exists for the failure set forth above. If no filing is made within fourteen (14) days of the issuance of this notice, this civil action will be dismissed as to Noble Leasing II Switzerland G m b H by the Clerk of Court under **LR41.3**.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

    THUS DONE  March 4, 2022.

TONY R. MOORE
CLERK OF COURT