UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN GUIDRY | CIVIL ACTION |
| versus | NO.: 6:21-cv-03994 |
| NOBLE DRILLING (U.S.), LLC ET AL | DISTRICT JUDGE ROBERT R. SUMMERHAYS |
| | MAGISTRATE JUDGE PATRICK J. HANNA |

## NOTICE OF STAY OF PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel comes Defendants, Noble Drilling (U.S.), LLC, Noble Drilling Services LLC f/k/a Noble Drilling Services, Inc., and Noble Drilling Holding LLC who hereby provide notice to this Court and to all counsel of record that the above captioned action is to be stayed in accordance with the Order Approving Limitation Petitioners' Security, Directing Issuance of Notice to Claimants and Restraining Prosecution of Claims, signed on March 4, 2022, in the case captioned *In the Matter of Bully 1 (Switzerland) GMBH, as owner, and Noble Drilling (U.S.) LLC, as Owner Pro Hac Vice, of the Globetrotter II*; No. 22-566 pending before the United States District Court for the Western District of Louisiana.

A copy of the aforementioned Order is attached as Exhibit "A."

Respectfully submitted:

**KEAN MILLER LLP**

**TIMOTHY WAYNE STRICKLAND (TX #19396298)**
**STACEY TYREE NORSTRUD (TX #24025363)**
*Pro hac to be applied for*
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000

   /s/    Robert M. Kallam
**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone:  (504) 585-3050

ATTORNEYS FOR NOBLE DRILLING (U.S.), LLC AND NOBLE DRILLING SERVICES LLC F/K/A NOBLE DRILLING SERVICES INC. AND NOBLE DRILLING HOLDING LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 9th day of March 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

   /s/    Robert M. Kallam
   **ROBERT M. KALLAM**